**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25cr4225-JO |
| Plaintiff, | 25MJ5475 |
| v. | **I N F O R M A T I O N** |
| MARIANO ANDRADE-MARTINEZ, | Title 8, U.S.C., Sec. 1324(a)(1)(A)(i)- Bringing In Certain Aliens Other Than a Designated Port of Entry (Felony); Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii)-Bringing in Aliens for Financial Gain (Felony) and Title 18, U.S.C., Sec. 2 – Aiding and Abetting |
| Defendant. | |

The United States Attorney charges:

Counts 1-2

On or about October 7, 2025, within the Southern District of California, defendant, MARIANO ANDRADE-MARTINEZ, with the intent to violate the immigration laws of the United States, did bring to the United States the aliens below, knowing that said persons were aliens, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security;

| Count | Name |
|---|---|
| 1 | Karla Itzel Gonzalez-Jara |
| 2 | Adonay Vicente Gonzalez-Robles |

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

TJB:kot:10/22/2025

Counts 3-4

On or about October 7, 2025, within the Southern District of California, defendant, MARIANO ANDRADE-MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens below had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain:

| Count | Name |
|-------|------|
| 3 | Karla Itzel Gonzalez-Jara |
| 4 | Adonay Vicente Gonzalez-Robles |

in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

DATED: __11/3/2025_____.

ADAM GORDON
United States Attorney

*Tyler J. Bramlet*

TYLER J. BRAMLET
Assistant U.S. Attorney

2